# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stormes. Nita L. | Southern District of Cal. | 08/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Mag. Judge-Full Time | ☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
333 West Broadway
San Diego. CA 92101-8910

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Personal Trust |
| 2. | Trustee | ▒ Trusts |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Jones Day ▓▓▓ Law Firm) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cabrillo Federal Credit Union - 2 Savings | A | Interest | K | T | | | | | |
| 2. Cabrillo Federal Credit Union - 2 IRA Cash Equivalent | A | Interest | J | T | | | | | |
| 3. Cabrillo Federal Credit Union - 2 Checking | | None | J | T | | | | | |
| 4. California Bank & Trust - 2 IRA Cash equivalent | A | Interest | K | T | | | | | |
| 5. Cabrillo Federal Credit Union - 1 Savings | A | Interest | | | Closed | 11/08/13 | J | A | |
| 6. Cabrillo Federal Credit Union - 3 Savings | A | Interest | | | Closed | 11/08/13 | J | A | |
| 7. Vanguard CA Money Market Fund - 3 | A | Interest | K | T | | | | | |
| 8. Fidelity Magellan Fund (Fidelity Ultra) | A | Dividend | K | T | | | | | |
| 9. Janus Fund | A | Dividend | J | T | | | | | |
| 10. Janus Mercury Fund (now Janus Research Fund) | A | Dividend | J | T | | | | | |
| 11. Janus Worldwide Fund | A | Dividend | J | T | | | | | |
| 12. Fidelity Puritan Fund | A | Dividend | J | T | | | | | |
| 13. Kaufman Fund | A | Dividend | | | Closed | 01/01/13 | J | A | |
| 14. Franklin Mutual Quest Fund - Z | A | Dividend | J | T | | | | | |
| 15. Oakmark Fund | A | Dividend | K | T | | | | | |
| 16. Scudder International Fund | A | Dividend | J | T | | | | | |
| 17. Vanguard Index Fund (Fidelity Ultra) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity CA Muni Money Market (Fidelity Ultra) | A | Interest | J | T | | | | | |
| 19. California Bank & Trust - 1 Checking | A | Interest | M | T | | | | | |
| 20. Vanguard CA Money Market Fund - 2 | B | Interest | O | T | | | | | |
| 21. Cabrillo Federal Credit Union - 5 Savings | A | Interest | | | Closed | 11/08/13 | K | A | |
| 22. Vanguard CA Money Market Fund - 1 | A | Interest | O | T | | | | | |
| 23. Rothschild General Money Mkt Fund - 2T | A | Interest | | | Closed | 10/08/13 | M | A | |
| 24. Frisco Tex - 2T | A | Interest | | | Redeemed | 02/15/13 | K | A | |
| 25. Marshall MI - 2T | A | Interest | | | Redeemed | 04/01/13 | K | A | |
| 26. Palm Beach Cnty - 2T | A | Interest | | | Redeemed | 08/01/13 | K | A | |
| 27. Alaska Mun - 2T | A | Interest | | | Redeemed | 10/01/13 | K | A | |
| 28. Aurora Ill - 2T | A | Interest | | | Closed | 10/08/13 | K | A | |
| 29. Clark Cnty Nevada - 2T | A | Interest | | | Closed | 10/08/13 | K | A | |
| 30. Winter Park FL - 2T | A | Interest | | | Closed | 10/08/13 | K | A | |
| 31. Harris Cnty Tex. - 2T | A | Interest | | | Closed | 10/08/13 | K | A | |
| 32. Springfield Ill. Elec. - 2T | A | Interest | | | Closed | 10/08/13 | K | A | |
| 33. Azusa Calif - 2T | A | Interest | | | Closed | 10/08/13 | K | A | |
| 34. Bank of Amer. - 2T | A | Interest | | | Closed | 10/08/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mt. Pleasant - 2T | A | Interest | | | Closed | 10/08/13 | K | A | |
| 36. Port Townsend WA - 2T | A | Interest | | | Closed | 10/08/13 | K | A | |
| 37. Oak Forest Ill - 2T | A | Interest | | | Closed | 10/08/13 | K | A | |
| 38. Bolingbrook Ill - 2T | A | Interest | | | Closed | 10/08/13 | K | A | |
| 39. Springfield Ill. Elec. - 2T | A | Interest | | | Closed | 10/08/13 | K | A | |
| 40. Compugen - 2T | A | Dividend | | | Sold | 08/15/13 | J | A | |
| 41. Lanoptics Ltd - 2T (Name chnage: EZCHIP Semiconductor) | A | Dividend | | | Closed | 10/08/13 | K | A | |
| 42. CF Inds - 2T | A | Dividend | | | Closed | 10/08/13 | J | A | |
| 43. Duke Energy - 2T | A | Dividend | | | Closed | 10/08/13 | J | A | |
| 44. Gap Inc. - 2T | A | Dividend | | | Sold | 01/02/13 | J | A | |
| 45. Qualcomm Inc - 2T | A | Dividend | | | Closed | 10/08/13 | K | A | |
| 46. Rentech - 2T | A | Dividend | | | Closed | 10/08/13 | J | A | |
| 47. Royal Dutch Petroleum - 2T | A | Dividend | | | Closed | 10/08/13 | J | A | |
| 48. Shengkai Innovations - 2T | A | Dividend | | | Closed | 10/08/13 | J | A | |
| 49. Equity Res. - 2T | A | Dividend | | | Closed | 10/08/13 | J | A | |
| 50. Pimco ETF - 2T | A | Dividend | | | Closed | 10/08/13 | K | A | |
| 51. Apple - 2T | A | Dividend | | | Buy | 04/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Closed | 10/08/13 | J | A | |
| 53. SPDR Gold - 2T | A | Dividend | | | Buy | 01/23/13 | J | | |
| 54. | | | | | Closed | 10/08/13 | J | A | |
| 55. Rothschild Gen Money Market Fund - 2B | A | Interest | | | Sold | 05/30/13 | K | A | |
| 56. American Century - 2B | A | Dividend | | | Sold | 01/23/13 | J | A | |
| 57. Franklin Total - 2B | A | Dividend | | | Sold | 01/23/13 | J | A | |
| 58. Franklin Rising - 2B | A | Dividend | | | Sold | 01/23/13 | J | A | |
| 59. Goldman - 2B | A | Dividend | | | Sold | 08/26/13 | J | A | |
| 60. Lord Abbett - 2B | A | Dividend | | | Sold | 05/09/13 | J | A | |
| 61. Pimco Low - 2B | A | Dividend | | | Sold | 01/23/13 | J | A | |
| 62. Templeton Global - 2B | A | Dividend | | | Sold | 01/23/13 | J | A | |
| 63. E*Trade Tax-Exempt Cal. Fund - 1 | A | Interest | J | T | | | | | |
| 64. San Diego County Credit Union Checking - 1 | A | Interest | K | T | | | | | |
| 65. San Diego County Credit Union Savings - 1 | A | Interest | J | T | | | | | |
| 66. Rothschild Money Market Fund - 4 | A | Interest | | | Closed | 12/10/13 | J | A | |
| 67. American Century - 4 | A | Dividend | | | Closed | 12/10/13 | J | A | |
| 68. Franklin Growth - 4 | A | Dividend | | | Closed | 12/10/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fundalmental Investors - 4 | A | Dividend | | | Closed | 12/10/13 | J | A | |
| 70. Lord Abbett - 4 | A | Dividend | | | Closed | 12/10/13 | J | A | |
| 71. Pimco Short - 4 | A | Dividend | | | Closed | 12/10/13 | J | A | |
| 72. Rothschild Money Market Fund - 5 | A | Interest | | | Closed | 11/21/13 | J | A | |
| 73. American Century - 5 | A | Interest | | | Closed | 11/21/13 | J | A | |
| 74. Franklin Growth - 5 | A | Dividend | | | Closed | 11/21/13 | J | A | |
| 75. Fundalmental Investors - 5 | A | Dividend | | | Closed | 11/21/13 | J | A | |
| 76. Goldman Sachs - 5 | A | Dividend | | | Closed | 11/21/13 | J | A | |
| 77. Lord Abbett - 5 | A | Dividend | | | Closed | 11/21/13 | J | A | |
| 78. Pimco Short - 5 | A | Dividend | | | Closed | 11/21/13 | J | A | |
| 79. Prudential Short - 5 | A | Dividend | | | Closed | 11/21/13 | J | A | |
| 80. Morgan Stanley Cash - 6 | A | Interest | J | T | | | | | |
| 81. Compugen - 6 | A | Dividend | | | Sold | 03/26/13 | J | A | |
| 82. Equity Res. - 6 | A | Dividend | J | T | | | | | |
| 83. EZChip - 6 | A | Dividend | | | Sold | 03/26/13 | J | A | |
| 84. Gap - 6 | A | Dividend | | | Sold | 03/26/13 | J | A | |
| 85. Pimco Total - 6 | A | Dividend | | | Sold | 06/18/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Duke Energy - 6 | A | Dividend | J | T | | | | | |
| 87. Qualcomm - 6 | A | Dividend | J | T | | | | | |
| 88. Verizon - 6 | A | Dividend | J | T | | | | | |
| 89. Sears Roebuck - 6 | A | Dividend | J | T | | | | | |
| 90. Royce Value - 6 | A | Dividend | | | Sold | 09/04/13 | J | A | |
| 91. Rentech - 6 | A | Dividend | | | Sold | 01/01/13 | J | A | |
| 92. Linn Energy - 6 | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 93. Prudential Sh Trm - 6 | A | Dividend | K | T | Buy | 03/21/13 | K | | |
| 94. Templeton Global - 6 | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 95. Terra Nitrogen - 6 | A | Dividend | | | Buy | 03/26/13 | J | | |
| 96. | | | | | Sold | 09/04/13 | J | A | |
| 97. Rothschild Money Mkt Fund - 7 | A | Interest | J | T | | | | | |
| 98. Lloyds TSB - 7 | A | Interest | K | T | | | | | |
| 99. Compugen - 7 | A | Dividend | J | T | | | | | |
| 100. EZChip - 7 | A | Dividend | J | T | | | | | |
| 101. Gap - 7 | A | Dividend | | | Sold | 01/01/13 | J | A | |
| 102. Qualcomm - 7 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Rentech - 7 | A | Dividend | J | T | | | | | |
| 104.  Verizon - 7 | A | Dividend | J | T | | | | | |
| 105.  Royce Value - 7 | A | Dividend | J | T | | | | | |
| 106.  Pimco ETF - 7 | A | Dividend | | | Sold | 10/29/13 | J | A | |
| 107.  SPDR Gold - 7 | A | Dividend | J | T | | | | | |
| 108.  Morgan Stanley Cash - 8 | A | Interest | J | T | | | | | |
| 109.  Boeing - 8 | A | Dividend | | | Sold | 02/26/13 | J | A | |
| 110.  CenturyLink - 8 | A | Dividend | J | T | | | | | |
| 111.  Duke Energy - 8 | A | Dividend | J | T | | | | | |
| 112.  Euroseas - 8 | A | Dividend | | | Sold | 02/26/13 | J | A | |
| 113.  General Electric - 8 | A | Dividend | | | Sold | 02/26/13 | J | A | |
| 114.  Health Care REIT - 8 | A | Dividend | | | Sold | 04/02/13 | J | A | |
| 115.  Natural Res. - 8 | A | Dividend | J | T | | | | | |
| 116.  Qualcomm - 8 | A | Dividend | | | Sold | 02/02/13 | J | A | |
| 117.  Wells Fargo - 8 | A | Interest | | | Redeemed | 01/31/13 | J | A | |
| 118.  Phillip Morris - 8 | A | Interest | | | Redeemed | 05/16/13 | J | A | |
| 119.  Altria - 8 | A | Interest | | | Redeemed | 11/12/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Hess - 8 | A | Interest | J | T | | | | | |
| 121. Wellpoint - 8 | A | Interest | | | Redeemed | 09/05/13 | J | A | |
| 122. Morgan Stanley Corporate Bond - 8 | A | Interest | J | T | | | | | |
| 123. Goldman Sachs Corporate Bond - 8 | A | Interest | J | T | | | | | |
| 124. Dupont - 8 | A | Interest | J | T | | | | | |
| 125. Bank of America | A | Interest | J | T | | | | | |
| 126. Comcast - 8 | A | Interest | J | T | | | | | |
| 127. Morgan Stanley Corporate Bond - 8 | A | Interest | J | T | | | | | |
| 128. Marathon Oil - 8 | A | Interest | J | T | | | | | |
| 129. Target - 8 | A | Interest | J | T | | | | | |
| 130. AT&T - 8 | A | Interest | J | T | | | | | |
| 131. Verizon - 8 | A | Interest | J | T | | | | | |
| 132. Indiana Michigan Power - 8 | A | Interest | J | T | | | | | |
| 133. Franklin Mutual GLB DISCOV- 8 | A | Dividend | J | T | | | | | |
| 134. Pimco Total Return C - 8 | A | Dividend | J | T | | | | | |
| 135. Prudential Sht - 8 | A | Dividend | J | T | | | | | |
| 136. Templeton Global - 8 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Van Eck Global - 8 | A | Dividend | J | T | | | | | |
| 138. Unit Guggenheim - 8 | A | Dividend | K | T | | | | | |
| 139. Apple - 1 | A | Dividend | J | T | | | | | |
| 140. GNMA Fund Admiral Shares - 3 IRA | A | Int./Div. | N | T | | | | | |
| 141. Primecap Fund Investor - 3 IRA | A | Int./Div. | K | T | | | | | |
| 142. Total Bond Mkt Index Inv - 3 IRA | A | Int./Div. | J | T | | | | | |
| 143. Total Stock Mkt Index Inv - 3 IRA | A | Int./Div. | M | T | | | | | |
| 144. Wellington Fund Admiral - 3 IRA | A | Int./Div. | O | T | | | | | |
| 145. 500 Index Fund Adm - 3 IRA | A | Int./Div. | P1 | T | | | | | |
| 146. Jones Day 2020 Fund - 3 | A | Int./Div. | K | T | | | | | |
| 147. UBS Bank - 2T | A | Interest | K | T | Buy | 10/10/13 | K | | |
| 148. Aflac - 2T | A | Dividend | J | T | Buy | 11/05/13 | J | | |
| 149. Apple - 2T | A | Dividend | K | T | Buy | 10/10/13 | K | | |
| 150. Astrazeneca - 2T | A | Dividend | | | Buy | 11/05/13 | J | | |
| 151. | | | | | Sold | 12/05/13 | J | A | |
| 152. Bank of America - 2T | A | Dividend | | | Buy | 10/10/13 | J | | |
| 153. | | | | | Sold | 11/08/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Boeing - 2T | A | Dividend | J | T | Buy | 11/05/13 | J | | |
| 155.  British Amer. Tobacco - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 156.  Clorox - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 157.  Compugen - 2T | A | Dividend | | | Buy | 10/10/13 | J | | |
| 158. | | | | | Sold | 11/08/13 | J | A | |
| 159.  CF Indust. - 2T | A | Dividend | | | Buy | 10/10/13 | J | | |
| 160. | | | | | Sold | 11/08/13 | J | A | |
| 161.  Coca Cola Co - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 162.  Colgate Palmolive - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 163.  CSX Corp - 2T | A | Dividend | J | T | Buy | 10/10/13 | J | | |
| 164.  Diageo PLC - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 165.  Duke Energy - 2T | A | Dividend | | | Buy | 10/10/13 | J | | |
| 166. | | | | | Sold | 11/08/13 | J | A | |
| 167.  Emerson Elec. - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 168.  Equity Res. - 2T | A | Dividend | | | Buy | 10/10/13 | J | | |
| 169. | | | | | Sold | 11/08/13 | J | A | |
| 170.  EZ Chip - 2T | A | Dividend | | | Buy | 10/10/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 11/08/13 | J | A | |
| 172. Illinois Tool - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 173. Intel - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 174. Johnson & Johnson - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 175. Medtronic - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 176. Nextera Energy - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 177. Nordstrom - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 178. Northeast Utilities - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 179. Novartis - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 180. Occidental Petroleum - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 181. Pearson PLC - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 182. Qualcomm - 2T | A | Dividend | J | T | Buy | 10/10/13 | K | | |
| 183. Rentech - 2T | A | Dividend | | | Buy | 10/10/13 | J | | |
| 184. | | | | | Sold | 11/08/13 | J | A | |
| 185. Royal Dutch - 2T | A | Dividend | | | Buy | 10/10/13 | J | | |
| 186. | | | | | Sold | 11/08/13 | J | A | |
| 187. Sanofi - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Shengkai - 2T | A | Dividend | | | Buy | 10/10/13 | J | | |
| 189. | | | | | Sold | 11/08/13 | J | A | |
| 190. SPDR Gold - 2T | A | Dividend | | | Buy | 10/10/13 | J | | |
| 191. | | | | | Sold | 11/08/13 | J | A | |
| 192. Stanley Black & Decker - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 193. Teva Pharmaceuticals - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 194. Total S.A. - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 195. Unilever - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 196. United Parcel Service - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 197. UNTD Technologies Corp - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 198. VF Corp - 2T | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 199. YUM! Brands - 2T | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 200. Bank of America - 2T | A | Interest | K | T | Buy | 10/10/13 | K | | |
| 201. FHR 3622 TA - 2T | A | Interest | K | T | Buy | 10/10/13 | K | | |
| 202. Clark County Nev Sch Dist - 2R | A | Interest | K | T | Buy | 10/10/13 | K | | |
| 203. Winter Park Go Ult B/E - 2T | A | Interest | K | T | Buy | 10/10/13 | K | | |
| 204. Harris County Tex Ser A - 2T | A | Interest | K | T | Buy | 10/10/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Oak Forest IL Mand Natio Sr A Pref - 2T | A | Interest | K | T | Buy | 10/10/13 | K | | |
| 206. Springfield IL Elec Rev - 2T | A | Interest | K | T | Buy | 10/10/13 | K | | |
| 207. Mt. Pleasant Sc Rfdg B/E - 2T | A | Interest | K | T | Buy | 10/10/13 | K | | |
| 208. Bolingbrook IL Pk Dist F - 2T | A | Interest | K | T | Buy | 10/10/13 | K | | |
| 209. Springfield IL Elec Natio RV- 2T | A | Interest | K | T | Buy | 10/10/13 | K | | |
| 210. Azuza CA Pub Finance Aut - 2T | A | Interest | K | T | Buy | 10/10/13 | K | | |
| 211. PIMCO Total - 2T | A | Dividend | K | T | Buy | 10/10/13 | K | | |
| 212. Port Townsend - 2T | A | Interest | | | Buy | 10/10/13 | K | | |
| 213. | | | | | Redeemed | 12/02/13 | K | A | |
| 214. Aurora IL - 2T | A | Interest | | | Buy | 10/10/13 | K | | |
| 215. | | | | | Redeemed | 12/30/13 | K | A | |
| 216. UBS Bank - 5 | A | Interest | J | T | Buy | 11/21/13 | J | | |
| 217. American Balanced Fund - 5 | A | Dividend | J | T | Buy | 11/21/13 | J | | |
| 218. American Century Heritage Fund - 5 | A | Dividend | J | T | Buy | 11/21/13 | J | | |
| 219. FT - Franklin Growth - 5 | A | Dividend | J | T | Buy | 11/21/13 | J | | |
| 220. Goldman Sachs Rising - 5 | A | Dividend | J | T | Buy | 11/21/13 | J | | |
| 221. Lord Abbett Short - 5 | A | Dividend | J | T | Buy | 11/21/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. PIMCO Short Term - 5 | A | Dividend | J | T | Buy | 11/21/13 | J | | |
| 223. Prudential Short Term - 5 | A | Dividend | J | T | Buy | 11/21/13 | J | | |
| 224. UBS Bank - 4 | A | Dividend | J | T | Buy | 12/10/13 | J | | |
| 225. American Balanced Fund - 4 | A | Dividend | J | T | Buy | 12/10/13 | J | | |
| 226. American Century Heritage Fund - 4 | A | Dividend | J | T | Buy | 12/10/13 | J | | |
| 227. FT - Franklin Growth - 4 | A | Dividend | J | T | Buy | 12/10/13 | J | | |
| 228. Goldman Sachs Rising - 4 | A | Dividend | J | T | Buy | 12/10/13 | J | | |
| 229. Lord Abbett Short - 4 | A | Dividend | J | T | Buy | 12/10/13 | J | | |
| 230. PIMCO Short Term - 4 | A | Dividend | J | T | Buy | 12/10/13 | J | | |
| 231. Prudential Short Term - 4 | A | Dividend | J | T | Buy | 12/10/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions - All assets in the Personal Trust and the ▢ Trusts are listed in Part VII.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nita L. Stormes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544